# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8−14−72013−ast |
| Sean G Wong Sing and Cindy Wong Sing | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−9735         xxx−xx−3783 | |
| DEBTOR(s) | |

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated September 18, 2014

**IT IS ORDERED THAT:**

R Kenneth Barnard (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above−named debtor(s) is closed.

s/ Alan S Trust
United States Bankruptcy Judge

Dated: October 7, 2014

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]